IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARLO WASHINGTON,**

    *Plaintiff,*

v.                                  Case No.: 4:20cv228-MW/MAF

**CHRISTOPHER EDELEN,**
**et al.,**

    *Defendants.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17. Upon consideration, no objections[1] having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to prosecute and failure to comply with a court order." The Clerk shall close

---

[1] Simultaneous with this Order, this Court is granting a fifth extension of time for a different *pro se* party to file objections in a different case. This Court is mindful of COVID-19 and the limitations the pandemic has placed on parties. Accordingly, parties may file one-page requests for extension for good cause—indeed, this Court receives and grants such requests daily. But Plaintiff did not request an extension to file objections here.

the file.

**SO ORDERED on December 9, 2020.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
